JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVIA B. FERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | ) Case No. 2:20-cv-01065-SP<br>)<br>) **JUDGMENT**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

　　Pursuant to the Memorandum Opinion and Order filed contemporaneously with the filing of this Judgment,

　　IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

Dated: September 30, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SHERI PYM
　　　　　　　　　　　　　　　　　　United States Magistrate Judge